IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Wilson, Kimberly | Case Number:  04 B 09608 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/15/08 | Filed:  3/11/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 29, 2008
Confirmed: May 6, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 14,297.50 | |
| Secured: | | 8,534.73 |
| Unsecured: | | 2,153.74 |
| Priority: | | 0.00 |
| Administrative: | | 2,894.00 |
| Trustee Fee: | | 715.03 |
| Other Funds: | | 0.00 |
| Totals: | 14,297.50 | 14,297.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Frank G Cortese | Administrative | 2,894.00 | 2,894.00 |
| 2. | Credit Acceptance Corp | Secured | 8,534.73 | 8,534.73 |
| 3. | SBC | Unsecured | 59.69 | 414.09 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 45.50 | 315.70 |
| 5. | Credit Acceptance Corp | Unsecured | 205.24 | 1,423.95 |
| 6. | Jack Wayne | Unsecured | | No Claim Filed |
| 7. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 8. | Medclr Inc | Unsecured | | No Claim Filed |
| 9. | T Mobile USA | Unsecured | | No Claim Filed |
| 10. | Trinity Hospital | Unsecured | | No Claim Filed |
| 11. | St Francis Hospital | Unsecured | | No Claim Filed |
| 12. | Voice Stream Wireless | Unsecured | | No Claim Filed |
| 13. | Z-Tel Communications Inc | Unsecured | | No Claim Filed |
| 14. | St Margaret Hospital | Unsecured | | No Claim Filed |
| | | | $ 11,739.16 | $ 13,582.47 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 72.24 |
| 6.5% | 138.83 |
| 3% | 29.34 |
| 5.5% | 161.42 |
| 5% | 52.68 |
| 4.8% | 93.91 |
| 5.4% | 166.61 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wilson, Kimberly

Printed: 7/15/08

Case Number: 04 B 09608
Judge: Wedoff, Eugene R
Filed: 3/11/04

_____
$ 715.03

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____